UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-416-H

VAN TOMES                                                                                          PLAINTIFF

V.

SUN LIFE ASSURANCE COMPANY
OF CANADA                                                                                          DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Van Tomes, has moved for leave to amend his complaint and has moved to remand the case to state court. Defendant opposes both motions.

It is within the Court's discretion to grant a motion for leave to amend the complaint, even where the complaint adds a request for a jury trial. In this particular instance, the motion having been made early in the litigation, the Court will exercise its discretion and allow the amendment. The amendment will not affect the question of remand because federal jurisdiction for removal purposes is determined at the time of the removal. Moreover, the Court can determine at a later date whether the case should be tried before a jury or the Court.

Plaintiff moves to remand on the grounds that its complaint does not meet the jurisdictional amount. This Court has reviewed the complaint and finds that the total amount at issue exceeds $75,000 when considering both the amount of future payments, potential attorney's fees and interest. As a general rule, the Court concludes that using the present value of future payments is not an appropriate method of determining the amount at issue for federal

jurisdiction purposes.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint is SUSTAINED and the amended complaint is ordered FILED.

IT IS FURTHER ORDERED that Plaintiff's motion to remand to state court is DENIED.

cc: Counsel of Record